Presque Isle Villas Condominium Homeowners Association, Inc.

vs.                                               Orange Co. File No. 23 CVS 000376

QBE Insurance Corporation

I, Courtney H. Ethridge, a Special Deputy duly appointed for the purpose, do hereby accept service of the **Civil Summons and Complaint [Jury Trial Demanded] [Breach of Contract, Bad Faith, Unfair and Deceptive Trade Practices, Punitive Damages]** in this action and acknowledge receipt of a copy of the same, under the provision of the North Carolina General Statute Section 58-16-30 as process agent for **QBE Insurance Corporation**.

This the 21st day of **July, 2023**.

Mike Causey
Commissioner of Insurance

Courtney H. Ethridge
Special Deputy for
Service of Process

ORANGE COUNTY
FILED
AUG 0 7 2023
AT 12:32 O'CLOCK PM
BY ___
CLERK OF SUPERIOR COURT

3