# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | | |
|---|---|---|
| Presque Isle Villas Condo. Homeowners Ass'n, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-00710-CCE-JLW |
| QBE Insurance Corporation | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, QBE Insurance Corporation                                                                 .

Date:     03/27/2024

s/ Neil W. Blackmon
*Attorney's signature*

Neil W. Blackmon, NC Bar No. 60021
*Printed name and bar number*

11525 N. Community House Road, Suite 300
Charlotte, NC 28277

*Address*

nblackmon@butler.legal
*E-mail address*

(704) 543-2321
*Telephone number*

(704) 543-2324
*FAX number*